United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LLOYD CATER, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | 3:20-CV-42 |
| | § | |
| BNSF RAILWAY COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING AGREED ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint (Unopposed) Motion to Dismiss. It appears to the Court from the signatures of counsel below and on the parties' Joint Motion that the parties have agreed that this matter should be dismissed. The Court finds that the Joint Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the parties' Joint (Unopposed) Motion to Dismiss be and hereby is GRANTED.

IT IS FURTHER ORDERED that this cause of action be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear his/its own court costs, discretionary costs, and fees.

Signed on Galveston Island on the 2nd day of June, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE